## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, and THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND CO.,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) **Civil Action No. 02 CV 11280 RWZ**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' MOTION TO COMPEL THE TESTIMONY
### OF DR. RICHARD B. GAYNOR

Pursuant to Federal Rules of Civil Procedure 26 and 37, and the Local Rules of this

Court, Plaintiffs ARIAD Pharmaceuticals, Inc. ("ARIAD"), Massachusetts Institute of

Technology ("M.I.T."), The Whitehead Institute for Biomedical Research ("The Whitehead

Institute"), and The Presidents and Fellows of Harvard College ("Harvard")(collectively referred

to hereinafter as "Plaintiffs"), hereby move for an order compelling Defendant Eli Lilly & Co.

("Lilly") to produce Dr. Richard B. Gaynor as a witness for deposition in this action.

## LOCAL RULE 7.1 AND 37 CERTIFICATION

Counsel for Plaintiffs hereby certify that it has conferred with counsel for Defendant

Lilly and has attempted in good faith to resolve or narrow the issues presented in this motion.

The most recent conference was held on January 7, 2005.

Dated January 14, 2005

Respectfully Submitted

By: _Vladimir Drozdoff (CKT)_

Leora Ben-Ami
Patricia A. Carson
Thomas F. Fleming
Vladimir Drozdoff
KAYE SCHOLER LLP
425 Park Avenue
New York, NY, 10022
Tel: (212) 836-8000
Fax: (212) 836-8689

Lee Carl Bromberg BBO# 058480
Kerry L. Timbers, BBO# 552293
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA, 02110
Tel: (617) 443-9292

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing document by hand delivery and Federal Express upon counsel of record for the defendant on the above date.

_Kerry L. Timbers_