UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, and THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>Plaintiffs,<br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | Civil Action No. 02 CV 11280<br><br>U.S. District Judge<br>Rya W. Zobel |

## ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS C AND D TO DEFENDANT ELI LILLY AND COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL THE TESTIMONY OF DR. RICHARD B. GAYNOR, AND MEMORANDUM IN SUPPORT OF LILLY'S CROSS-MOTION FOR A PROTECTIVE ORDER

Defendant Eli Lilly and Company ("Lilly") hereby moves to file under seal, pursuant to the Stipulated Protective Order entered by the Court in this case, Exhibits C and D to Defendant Eli Lilly and Company's Opposition to Plaintiffs' Motion to Compel the Testimony of Dr. Richard B. Gaynor, and Memorandum in Support of Lilly's Cross-Motion for a Protective Order. This Motion is necessary to comply with the provisions of the Stipulated Protective Order.

## CERTIFICATION PURSUAN TO LOCAL RULE 7.1

I hereby certify that counsel for the parties have conferred regarding the issues presented by this motion and that Plaintiffs' counsel consents to this motion.

Respectfully submitted,

Date:   January 28, 2005

Lawrence R. Robins (BBO# 632610)
Leslie A, McDonell (BBO# 653000)
Christopher S. Schultz (BBO# 630814)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1600
Facsimile: (617) 452-1666

**Of Counsel**
Paul R. Cantrell
Gilbert T. Voy
Alexander Wilson
**Eli Lilly and Company**
Lilly Corporate Center
Indianapolis, IN  46285
Telephone: (317) 276-3885
Facsimile: (317) 276-1294

Paul H. Berghoff
Grantland G. Drutchas
David M. Frischkorn
**McDonnell Boehnen Hulbert & Berghoff**
300 South Wacker Drive, Suite 3200
Chicago, Illinois 60606
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

**Attorneys for Defendant Eli Lilly and Company**

## CERTIFICATE OF SERVICE

I, Jenny Macioge, hereby certify that on January 28, 2005, a true and correct copy of the foregoing:

**ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS C AND D TO DEFENDANT ELI LILLY AND COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL THE TESTIMONY OF DR. RICHARD B. GAYNOR, AND MEMORANDUM IN SUPPORT OF LILLY'S CROSS-MOTION FOR A PROTECTIVE ORDER**

was served by the indicated means to the persons at the addresses listed:

| | |
|---|---|
| Lee Carl Bromberg<br>Kerry L. Timbers<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA 02110 | ☐ Via First Class Mail<br>☒ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile (w/out exhibits) |
| Leora Ben-Ami<br>Patricia A. Carson<br>Vladimir Drozdoff<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022 | ☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via Overnight Courier<br>☒ Via Facsimile (w/out exhibits) |

_____
Jenny Macioge
FINNEGAN, HENDERSON,
FARABOW,
 GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: 617-452-1600
Facsimile: 617-452-1666