UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, and THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 02 CV 11280 RWZ |
| v. | ) ) | |
| ELI LILLY AND CO., | ) ) | |
| Defendant | ) ) | |

**PLAINTIFFS' MOTION TO COMPEL LILLY TO OFFER A TIMELY DATE
FOR DR. RICHARD GAYNOR'S DEPOSITION**

This Court allowed Plaintiffs' Motion to Compel the Testimony of Dr. Richard Gaynor on March 14, 2005. At the April 6, 2005 scheduling hearing, Lilly argued that the Court should set May 31, 2005 as the absolute deadline for any fact discovery cleanup. Since then, Lilly has offered to make Dr. Gaynor available only in June.

Initially, Lilly offered April 28, 2005 for Dr. Gaynor's deposition, but stated that alternatively he might be available in May. *See* Exhibit A, Letter from Baldwin to Sennik, March 28, 2005. Scheduling conflicts prevented Plaintiffs from accepting the April 28th date. Plaintiffs therefore suggested that Dr. Gaynor's deposition take place in May. *See* Exhibit B, Letter from Sennik to Baldwin, March 31, 2005. Only after the April 6, 2005 scheduling hearing, Lilly proposed June 8, 2005 as an alternative date for Dr. Gaynor's deposition. *See* Exhibit C, Letter from Baldwin to Sennik, April 7, 2005. Lilly has been unwilling to provide an

alternative date in May.  *See* Exhibits D & E, Letters between Baldwin and Drozdoff, April 13 &

20, 2005.  Lilly maintains that June 8, 2005 is an appropriate date for Dr. Gaynor's deposition.

*See* Exhibit F, Letter from Baldwin to Sennik, April 29, 2005)

The Court has already noted that fact discovery is closed. Plaintiffs wish to avoid any

misunderstanding with the Court or take any action that would violate the Court's previous

discovery orders. Plaintiffs therefore respectfully request an order either compelling Lilly to

provide Dr. Gaynor's deposition in May, or in the alternative, allowing Dr. Gaynor's deposition

to go forward in June as an exception to the May 31 deadline for fact discovery cleanup that

Lilly proposed.

### LOCAL RULE 7.1 CERTIFICATION

Counsel for Plaintiffs hereby certify that it has conferred with counsel for Defendant

Lilly and has attempted in good faith to resolve or narrow the issues presented in this motion.

The most recent conference was held on April 28, 2005.

Dated April 29, 2005                    Respectfully Submitted

By: _____

Leora Ben-Ami
Patricia A. Carson
Thomas F. Fleming
Vladimir Drozdoff
KAYE SCHOLER LLP
425 Park Avenue
New York, NY, 10022
Tel: (212) 836-8000
Fax: (212) 836-8689

Lee Carl Bromberg BBO# 058480
Kerry L. Timbers, BBO# 552293
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA, 02110
Tel: (617) 443-9292

2

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing document by hand delivery and Federal

Express upon counsel of record for defendant on the above date.

Exhibit A

 **McDonnell Boehnen Hulbert & Berghoff** LLP

300 South Wacker Drive     312 913 0001 phone
Chicago, Illinois 60606-6709     312 913 0002 fax
www.mbhb.com

March 28, 2005

**VIA FACSIMILE (212) 836-8689**

Mr. Sumir Sennik
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re:   ARIAD Pharmaceuticals, Inc., et al. v. Eli Lilly and Company
      Civil Action No. 02-11280-RWZ

Dear Sumir:

Dr. Gaynor is available for deposition on Thursday April 28, 2005 in Indianapolis, Indiana.
Please let me know as soon as possible if this date is acceptable so that I may confirm the
date with Dr. Gaynor.

Please note that Dr. Gaynor is traveling extensively throughout the month of April.  Therefore,
if this proffered date does not work, we may be unable to offer an alternative time for
Dr. Gaynor until some time in May.

Sincerely,

Alison J. Baldwin
312 913 0001
baldwin@mbhb.com

AJB/yb



**McDonnell Boehnen Hulbert & Berghoff**
Law Offices

# Fax transmittal

| To | Sumir Sennik | Date | March 28, 2005 |
|---|---|---|---|
| Company | KAYE SCHOLER LLP | From | Allson J. Baldwin |
| Fax | (212) 836-8689 | Direct | (312) 935-2369 |
| Phone | (212) 836-8000 | Email | baldwin@mbhb.com |
| Pages, with cover | 2 | C/M | 17/40 |
| Re | ARIAD Pharmaceuticals, Inc., et al. v. Eli Lilly and Company | | |

300 South Wacker Drive      312 913 0001 phone
Chicago, Illinois 60606-6709  312 913 0002 fax
www.mbhb.com

Please notify receptionist at
312 913 0001 if all pages
are not received.
If you received this fax in error,
please notify us immediately by
phone (collect) to arrange for
return of the document.

This transmittal is strictly for
delivery only to the person listed
above. It may contain confidential
or privileged information, the
disclosure of which is prohibited.

Exhibit B

# KAYE SCHOLER LLP

Sumir Sennik
212 836-8274
Fax 212 836-8689
ssennik@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

March 31, 2005

**VIA FACSIMILE**

Alison Baldwin
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606

Re: ARIAD et al. v. Eli Lilly, Civil Action No. 02 CV 11280
RWZ

Dear Alison:

Thank you for your letter of March 28, offering Dr. Gaynor as a deponent on April 28, 2005. Unfortunately, this date conflicts with various scheduling obligations. I understand that Dr. Gaynor's travel schedule will make it difficult to schedule his deposition in April. Plaintiffs therefore propose that Dr. Gaynor's deposition be scheduled for early May. Please let me know if this is possible.

Sincerely,

Sumir Sennik

31052584.DOC

```
┌─────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT    │
└─────────────────────────────────────┘
                              TIME  : 03/31/2005 16:56
                              NAME  : KAYSCHOLER LLP
                              FAX   : 212-836-7625
                              TEL   : 212-836-7224
```

```
┌──────────────────────────────────────────────────────────┐
│  DATE, TIME              03/31  16:56                      │
│  FAX NO./NAME            51312913000202G030002             │
│  DURATION               00:00:30                          │
│  PAGE(S)                 02                                │
│  RESUL                   OK                                │
│  MODE                    STANDARD                          │
│                          ECM                               │
└──────────────────────────────────────────────────────────┘
```

## KAYE SCHOLER, LLP

**A New York Limited Liability Partnership**

425 Park Avenue
New York, New York 10022-3598
(212) 836-8000
Fax: (212) 836-8689

### FAX COVER SHEET

| DELIVER TO: | FAX NUMBER: | TELEPHONE NUMBER: |
|---|---|---|
| Alison Baldwin | 312-913-0002 | 312-913-0001 |
|  |  |  |

FROM: Sumir Sennik, Esq.          Total Number of pages including this cover sheet: __2__

DATE: March 31, 2005          SENDER'S FAX: (212) 836-7155

**IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE,
PLEASE CALL US BACK AS SOON AS POSSIBLE AT: (212) 836-8274**

**NOTE:**

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer, LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this

Exhibit C

 **McDonnell Boehnen Hulbert & Berghoff LLP**     300 South Wacker Drive    312 913 0001 phone
Chicago, Illinois 60606-6709   312 913 0002 fax
www.mbhb.com

April 7, 2005

**VIA FACSIMILE (212) 836-8689**

Mr. Sumir Sennik
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re:   ARIAD Pharmaceuticals, Inc., et al. v. Eli Lilly and Company
      Civil Action No. 02-11280-RWZ

Dear Sumir:

Unfortunately, Dr. Gaynor's earliest availability is June 8, 2005.  Please let me know as soon
as possible if this date is acceptable as Dr. Gaynor's schedule fills rapidly.

Sincerely,

Alison J. Baldwin
312 913 0001
baldwin@mbhb.com

AJB/yb

APR-07-05  14:58  From:MCDONNELL 3128035570                    T-723  P.01/02  Job-797



**mbhb**

McDonnell Boehnen Hulbert & Berghoff
Law Offices

# Fax transmittal

| | | | |
|---|---|---|---|
| To | | Date | April 7, 2005 |
| Company | KAYE SCHOLER LLP | From | Alison J. Baldwin |
| Fax | (212) 836-8689 | Direct | (312) 935-2369 |
| Phone | (212) 836-8000 | Email | baldwin@mbhb.com |
| Pages, with cover | | C/M | 17/40 |
| Re | ARIAD Pharmaceuticals, Inc., et al. v. Eli Lilly and Company | | |

300 South Wacker Drive        312 913 0001  phone
Chicago, Illinois 60606-6709   312 913 0002  fax
www.mbhb.com

Please notify receptionist at
312 913 0001 if all pages
are not received.
If you received this fax in error,
please notify us immediately by
phone (collect) to arrange for
return of the document.

This transmittal is strictly for
delivery only to the person listed
above. It may contain confidential
or privileged information, the
disclosure of which is prohibited.

Exhibit D

# KAYE SCHOLER LLP

Vladimir Drozdoff
212 836-7629
Fax 212 836-8689
vdrozdoff@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

April 13, 2005

**VIA FACSIMILE**

Alison Baldwin
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL  60606

> Re:    ARIAD et al. v. Eli Lilly, Civil Action No. 02 CV 11280
> RWZ

Dear Alison:

I am writing in response to your April 7, 2005 letter, which responded to the March 31, 2005 letter from Sumir Sennik indicating that Plaintiffs would not be able to take Dr. Gaynor's deposition on April 28 as offered by Lilly. Your letter indicated June 8, 2005 as the earliest alternative date on which Dr. Gaynor would be available for his deposition.

It is my understanding that at the scheduling hearing on April 6, Lilly proposed setting May 31, 2005 as the absolute deadline for any ongoing fact discovery cleanup. Assuming that the Court accepts Lilly's proposal, Plaintiffs will need to depose Dr. Gaynor before that date. Therefore, before we can consider your proposal, Lilly must first inform the Court that it is changing its position regarding the final date for discovery cleanup. Please provide us with an alternative date in May, or otherwise let us know how you wish to proceed.

Sincerely,

Vladimir Drozdoff

cc: Sumir Sennik

31069610.DOC

```
┌─────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT     │
└─────────────────────────────────────┘
                            TIME  : 04/13/2005 16:31
                            NAME  : KAYSCHOLER LLP
                            FAX   : 212-836-7625
                            TEL   : 212-836-7224
```

```
┌──────────────────────────────────────────────────────┐
│  DATE,TIME              04/13  16:31                   │
│  FAX NO./NAME           513129130002026030002          │
│  DURATION               00:00:33                       │
│  PAGE(S)                02                             │
│  RESULT                 OK                             │
│  MODE                   STANDARD                       │
│                         ECM                            │
└──────────────────────────────────────────────────────┘
```

## KAYE SCHOLER, LLP
### A New York Limited Liability Partnership
425 Park Avenue
New York, New York  10022-3598
(212) 836-8000
Fax: (212) 836-8689

## FAX COVER SHEET

| DELIVER TO: | FAX NUMBER: | TELEPHONE NUMBER: |
|-------------|-------------|-------------------|
| Alison Baldwin | 312-913-0002 | 312-913-0001 |
|  |  |  |

FROM: Sumir Sennik, Esq.          Total Number of pages including this cover sheet: __2__

DATE: April 13, 2005          SENDER'S FAX: (212) 836-7155

### IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE, PLEASE CALL US BACK AS SOON AS POSSIBLE AT: (212) 836-8274

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer, LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that...

Exhibit E

 **mbhb**  McDonnell Boehnen Hulbert & Berghoff LLP     300 South Wacker Drive    312 913 0001 phone
                                                                          Chicago, Illinois 60606-6709   312 913 0002 fax
                                                                          www.mbhb.com

April 20, 2005

**VIA FACSIMILE (212) 836-6337**

Mr. Vladimir V. Drozdoff
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re:   ARIAD Pharmaceuticals, Inc., et al. v. Eli Lilly & Company
      Civil Action No. 02-11280-RWZ

Dear Vlad:

I write in response to your letter of April 13, 2005. I remind you that Lilly had previously offered a date in April for Dr. Gaynor's deposition, but Plaintiffs declined that date. At the time we offered this April date, we forewarned Plaintiffs that Dr. Gaynor's extensive travel schedule may make it difficult to find an alternative date in the near future.

Although we initially anticipated being able to schedule Dr. Gaynor's deposition for some time in May, Dr. Gaynor's travel schedule in May could not accommodate an entire day to be blocked out for a deposition. We have tried again to find a date in May in his schedule, with no luck.

If Dr. Gaynor's deposition goes forward in the beginning of June, we will certainly inform the Court at the next status conference.

Sincerely,

Alison J. Baldwin
312 913 0001
baldwin@mbhb.com

AJB/yb

cc:   Grantland Drutchas



**McDonnell Boehnen Hulbert & Berghoff**
Law Offices

# Fax transmittal

| To | Vladimir V. Drozdoff | Date | April 20, 2005 |
|---|---|---|---|
| Company | KAYE SCHOLER LLP | From | Alison J. Baldwin |
| Fax | (212) 836-6337 | Direct | (312) 935-2369 |
| Phone | (212) 836-7629 | Email | baldwin@mbhb.com |
| Pages, with cover | 2 | C/M | 17/40 |
| Re | ARIAD Pharmaceuticals, Inc., et al. v. Eli Lily and Company | | |

Please see the attached.

300 South Wacker Drive      312 913 0001 phone
Chicago, Illinois 60606-6709  312 913 0002 fax
www.mbhb.com

Please notify receptionist at
312 913 0001 if all pages
are not received.
If you received this fax in error,
please notify us immediately by
phone (collect) to arrange for
return of the document.

This transmittal is strictly for
delivery only to the person listed
above. It may contain confidential
or privileged information, the
disclosure of which is prohibited.

Exhibit F



**McDonnell Boehnen Hulbert & Berghoff** LLP

300 South Wacker Drive      312 913 0001 phone
Chicago, Illinois 60606-6709   312 913 0002 fax
www.mbhb.com

April 29, 2005

**VIA FACSIMILE**

Mr. Sumir Sennik
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re:   ARIAD Pharmaceuticals, Inc., et al. v. Eli Lilly and Company
      Civil Action No. 02-11280-RWZ

Dear Sumir:

I write in regards to our on-going correspondence to find a mutually agreeable date for the deposition of Dr. Gaynor. Although, on the one hand, we understand deposition scheduling difficulties and that the date in April that Dr. Gaynor made available for his deposition was not good for Plaintiffs, moving ahead on that date would certainly have alleviated the current difficulties in finding alternative dates for the deposition on Dr. Gaynor's calendar.

In response to your request, I have made yet further inquiries and, unfortunately, have confirmed that Dr. Gaynor is not available in May for this deposition due to long-standing commitments as Vice President of Cancer Research and Clinical Investigations and Genomic Technologies and Systems Biology. Dr. Gaynor is out of town for at least two weeks of May for conferences that were scheduled months ago, and is currently involved in two business transactions for Lilly requiring his input and travel during the remainder of the month of May. These are activities that Dr. Gaynor cannot reschedule.

We appreciate that Plaintiffs may be concerned by notes from Judge Zobel's clerk, which were entered on April 8, stating that "discovery is to be continued 2 months." It is not clear to us whether that is referring to fact discovery being continued 2 months from the date of the status conference or 2 months from the date that the notes were entered. Regardless, Lilly will agree to Dr. Gaynor's deposition taking place on June 8, 2005, whether that is the last day of the fact discovery deadline or two days afterward.

If Plaintiffs feel that it is necessary to file a motion with the Court to allow this deposition to take place on June 8, 2005, Lilly is willing to sign a Joint Motion to that affect.

Sincerely,

Alison J. Baldwin
312 913 0001
baldwin@mbhb.com



**McDonnell Boehnen Hulbert & Berghoff**
Law Offices

# Fax transmittal

| | | | |
|---|---|---|---|
| To | Mr. Sumir Sennik | Date | April 29, 2005 |
| Company | KAYE SCHOLER LLP | From | Alison J. Baldwin |
| Fax | (212) 836-8689 | Direct | (312) 935-2369 |
| Phone | (212) 836-8000 | Email | baldwin@mbhb.com |
| Pages, with cover | 3 | C/M | 17/40 |
| Re | ARIAD Pharmaceuticals, Inc., et al. v. Eli Lilly and Company | | |

300 South Wacker Drive      312 913 0001 phone
Chicago, Illinois 60606-6709  312 913 0002 fax
www.mbhb.com

Please notify receptionist at
312 913 0001 if all pages
are not received.
If you received this fax in error,
please notify us immediately by
phone (collect) to arrange for
return of the document.

This transmittal is strictly for
delivery only to the person listed
above. It may contain confidential
or privileged information, the
disclosure of which is prohibited.