UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, and THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>    Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | Civil Action No. 02 CV 11280 RWZ<br><br>U.S. District Judge<br>Rya W. Zobel |

### DEFENDANT ELI LILLY AND COMPANY'S
### MOTION FOR SUMMARY JUDGMENT OF INVALIDITY
### UNDER 35 U.S.C. §§ 101 AND 112, FIRST PARAGRAPH

Defendant Eli Lilly and Company (Lilly) moves, upon the Declaration of Lawrence R. Robins in Support of Defendant Eli Lilly and Company's Motion for Summary Judgment of Invalidity under 35 U.S.C. §§ 101 and 112, first paragraph (the "Robins Declaration"), dated December 23, 2005, the exhibits annexed to the Robins Declaration, Defendant's Rule 56.1 Statement, the Memorandum in Support of Defendant's Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§ 101 and 112, first paragraph, and all other papers and prior proceedings herein, that this Court enter an order, pursuant to Federal Rule of Civil Procedure 56(c) granting summary judgment in favor of Lilly.

### REQUEST FOR ORAL ARGUMENT

Defendant respectfully requests oral argument on its motion for summary judgment of invalidity under 35 U.S.C. §§ 101 and 112, first paragraph.

Respectfully submitted,

/s/Lawrence R. Robins_____

Date: December 23, 2005

Lawrence R. Robins (BBO# 632610)
Leslie McDonell (BBO# 653000)
Christopher Schultz (BBO# 630814)
**Finnegan Henderson Farrabow Garrett & Dunner LLP**
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1660
Facsimile: (617) 452-1666

**Of Counsel**

Paul R. Cantrell
Gilbert T. Voy
Alexander Wilson
**Eli Lilly and Company**
Lilly Corporate Center
Indianapolis, IN 46285
Telephone: (317) 276-3885
Facsimile: (317) 276-1294

Paul H. Berghoff
Grantland G. Drutchas
David M. Frischkorn
**McDonnell Boehnen Hulbert & Berghoff LLP**
300 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

**Attorneys for Defendant Eli Lilly and Company**

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

      Counsel for defendant Lilly and Company hereby certifies that it has attempted in good faith to resolve or narrow the issues presented in this motion but has been unable to do so.

                                        /s/Lawrence R. Robins