UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, and THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>Plaintiffs,<br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | Civil Action No. 02 CV 11280<br><br>U.S. District Judge<br>Rya W. Zobel |

**MEMORANDUM IN SUPPORT OF DEFENDANT ELI LILLY AND COMPANY'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. §§ 101 AND 112, FIRST PARAGRAPH**

# FILED UNDER SEAL PURSUANT TO PARTIES' STIPULATED PROTECTIVE ORDER