**UNITED STATES DISCTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, and THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>    Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | Civil Action No. 02 CV 11280 RWZ<br><br>U.S. District Judge Rya W. Zobel |

**DEFENDANT ELI LILLY AND COMPANY'S
<u>SECOND MOTION FOR JUDGMENT AS A MATTER OF LAW</u>**

Defendant Eli Lilly and Company ("Lilly") moves for a Judgment as a Matter of Law ("JMOL") pursuant to FRCP 50(a)  The evidence presented by Lilly regarding invalidity of the '516 patent is so compelling that no reasonable jury could find for Plaintiffs.  Furthermore, Plaintiffs have failed to present sufficient evidentiary support that Lilly has directly or indirectly infringed the '516 patent under 35 U.S.C. § 271 and have failed to prove damages in that the royalty base must be limited to those patients that directly infringe and Plaintiffs have failed to make that proof.  Further support for Lilly's JMOL is provided in the attached memorandum of law in support thereof.

**REQUEST FOR ORAL ARGUMENT**

Lilly respectfully requests oral argument on its motion for JMOL.

Respectfully submitted,

Date: April 27, 2006                    __/s/ Andrew W. Williams_____
                                        Paul H. Berghoff
                                        Grantland G. Drutchas
                                        David M. Frischkorn
                                        Andrew W. Williams
                                        **McDonnell Boehnen Hulbert & Berghoff LLP**
                                        300 South Wacker Drive, Suite 3200
                                        Chicago, Illinois 60606
                                        Telephone: (312) 913-0001
                                        Facsimile: (312) 913-0002

**Of Counsel**
Paul R. Cantrell                        Lawrence R. Robins (BBO# 632610)
Gilbert T. Voy                          Leslie A. McDonell (BBO# 653000)
Alexander Wilson                        Christopher S. Schultz (BBO# 630814)
**Eli Lilly and Company**               FINNEGAN, HENDERSON, FARABOW,
Lilly Corporate Center                   GARRETT & DUNNER L.L.P.
Indianapolis, IN 46285                  55 Cambridge Parkway
Telephone: (317) 276-3885               Cambridge, MA 02142
Facsimile: (317) 276-1294               Telephone: (617) 452-1600
                                        Facsimile: (617) 452-1666

                                        **Attorneys for Defendant Eli Lilly and Company**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 27, 2006.