

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 02-11280-RWZ

ARIAD PHARMACEUTICALS, INC.,
MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,
and THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE

v.

ELI LILLY & COMPANY

## QUESTIONS TO THE JURY ON SPECIAL VERDICT

April 28, 2006

ZOBEL, D.J.

## INFRINGEMENT

### Evista

1 (a)  Does a patient who takes Evista in accordance with the product label for

prevention and/or treatment of osteoporosis infringe claim 80 and/or claim 95 of the

'516 patent?

Claim 80:  YES _____✗_____  NO _____

Claim 95:  YES _____✗_____  NO _____

If the answer is YES as to one or both claims, please answer the corresponding

part of Questions 1 (b) and 1 (c).

If the answer is NO as to both claims, please answer next Question 2 (a).

Inducement to Infringe

1 (b) Did defendant Eli Lilly induce infringement of claim 80 and/or claim 95 by

selling or causing a third party to sell Evista to such patients?

Claim 80: YES____ NO_____

Claim 95: YES____ NO_____

Contributory Infringement

1 (c) Did defendant Eli Lilly contributorily infringe claim 80 and/or claim 95 by

selling or causing a third party to sell Evista?

Claim 80: YES____ NO_____

Claim 95: YES____ NO_____

## Xigris

2 (a) Does a patient who takes Xigris in accordance with the product label for

treatment of severe sepsis infringe claim 144 and/or claim 145?

Claim 144: YES____ NO_____

Claim 145: YES____ NO_____

If the answer is YES as to one or both claims, please answer the corresponding

part of Questions 2 (b) and 2 (c).

If the answer is NO as to both claims, please answer next Question 3.

Inducement to Infringe

2 (b) Did defendant Eli Lilly induce infringement of claim 144 and/or claim 145 of

the '516 patent by selling or causing a third party to sell Xigris?

Claim 144: YES____ NO_____

Claim 145 YES____ NO_____

2

Contributory Infringement

2 (c) Did defendant Eli Lilly contributorily infringe claim 144 and/or claim 145 by selling or causing a third party to sell Xigris?

Claim 144:   YES___X___        NO_____

Claim 145:   YES___X___        NO_____

Please answer next Questions 3 and 4 through 7 as to all claims.

## VALIDITY

Filing Date

3. The effective filing date of the '516 patent is

a) April 21, 1989          ___X___

b) November 13, 1991       _____

Anticipation

4. Are one or more of the asserted claims of the '516 patent invalid because the claimed process was anticipated by a single prior art publication or reference?

Claim 80:     YES_____      NO___X___

Claim 95:     YES_____      NO___X___

Claim 144:    YES_____      NO___X___

Claim 145:    YES_____      NO___X___

5. Are one or more of the asserted claims of the '516 patent invalid because the claimed process was anticipated by prior public use?

Claim 80:     YES_____      NO___X___

Claim 95:     YES_____      NO___X___

Claim 144:    YES_____      NO___X___

3

Claim 145:   YES_____     NO___☓____

Enablement

6.  Are one or more of the asserted claims of the '516 patent invalid for failing to satisfy the enablement requirement?

Claim 80:   YES_____     NO___☓____

Claim 95:   YES_____     NO___☓____

Claim 144:  YES_____     NO___☓____

Claim 145:  YES_____     NO___☓____

Written Description

7.  Are one or more of the asserted claims of the '516 patent invalid for failure to satisfy the written description requirement?

Claim 80:   YES_____     NO___☓____

Claim 95:   YES_____     NO___☓____

Claim 144:  YES_____     NO___☓____

Claim 145:  YES_____     NO___☓____

If you found infringement of one or more claims and also that those claims are valid, please answer next the questions concerning damages.  That is, if you answered YES to one or more parts of Questions 1 and 2, and NO to each corresponding part of Questions 3 through 7, please answer next the corresponding questions concerning damages.

If you found either no claims to be infringed by answering NO to all parts of Questions 1 and 2, or if you found all infringed claims to be invalid by answering YES to all parts of Questions 3 through 8, please return your verdict to the court.

4

## DAMAGES

### Reasonable Royalty

8.  What is the reasonable royalty for infringement of any valid claim?

$$\underline{2.3}\ \%$$

### Evista

9 (a)  What amount of Evista Net Sales should serve as the royalty base for

computing damages?

$$\$\ \underline{2,418,553,338.00}$$

9 (b)  The amount of damages attributable to Evista sales is

$$\$\ \underline{\hspace{3cm}}$$

### Xigris

10 (a)  What amount of Xigris sales should serve as the royalty base for

computing damages?

$$\$\ \underline{415,513,335.00}$$

10 (b)   The amount of damages attributable to Xigris sales is

$$\$\ \underline{\hspace{3cm}}$$

### Pre-Judgment Interest

11 (a) Should pre-judgment interest by awarded on the amounts determined in

Questions 9 (b) and 10 (b)?

YES_____     NO__✗____

If the answer to Question 11 (a) is YES, please answer Question 11 (b).

If the answer to Question 11 (a) is NO, please return your verdict to the court.

11 (b) The rate of pre-judgment interest is _____%

_5-4-06_____
DATE

_Jamie E. Crossman_
FOREPERSON'S SIGNATURE

5

## MEANING OF CLAIM TERMS

| Term | Court's Construction |
|---|---|
| Reducing NF-κB Activity | Decreasing the function of NF-κB to act as an intracellular messenger that regulates transcription of particular genes, in response to certain stimuli |
| Reducing Binding of NF-κB to NF-κB Recognition Sites on Genes Which Are Transcriptionally Regulated by NF-κB | Decreasing binding of NF-κB to DNA sequences specifically recognized by NF-κB, where such DNA sequences are in genes whose transcription is regulated by increasing or decreasing NF-κB activity, and where binding denotes a chemical and/or physical interaction between NF-κB and specific DNA sequences. |

| | |
|---|---|
| So As to Reduce Bacterial Lipopolysaccharide-Induced Expression of Said Cytokines in the Cells | To decrease expression of cytokines in the cells, where expression of those cytokines is caused by bacterial lipopolysaccharide and where expression refers to the process by which the cell interprets its genetic information to make proteins |
| Immune Cells | Specialized cells that defend the body against infection.  Immune cells are present in all body tissues, the blood stream, and the lymphatic system, and derive from a common precursor cell known as a hematopoietic stem cell.  They include T cells, B cells, natural killer cells, monocytes and other monocyte derivatives, macrophages, neutrophils, eosinophils, mast cells, and basophils.  Although these cells typically function to eliminate harmful foreign invaders, immune cells occasionally mistake the body's own tissues as non-self (causing autoimmune disease) or attack harmless foreign substances or donated organs (causing allergy or organ rejection). |

The parties have agreed to the definitions of the following terms:

| NF-κB | a protein factor that; <br> (a) resides in the cytoplasm as an inactive precursor bound to an IκB inhibitor protein; <br> (b) when released from the inhibitor, travels to the nucleus of the cell; <br> (c) once in the nucleus, functions to turn on transcription of certain genes by binding to specific DNA recognition sequences in those genes |
|---|---|
| A method for . . . in cells | These claims encompass methods wherein NF-κB is modulated in cells, regardless of where they are found. |

| NF-κB mediated intracellular signaling | Molecular communication within cells effected by, or conveyed through, NF-κB |
|---|---|
| Such that NF-κB-mediated effects of external influences are modified | Changing or altering effects that are both caused by an inducing substance outside the cell and are conveyed through NF-κB |
| Cytokines | Secreted polypeptides (proteins) that affect the functions of other cells, and which are important for the interactions between cells in the immune response. There are many different cytokines, one example of which is TNF-$\alpha$. |
| Activated by extracellular influences | Stimulated by one or more inducing substances outside the cell |