# United States Court of Appeals for the Federal Circuit

2008-1248

ARIAD PHARMACEUTICALS, INC.,
MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,
and THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiffs-Appellees,

v.

ELI LILLY AND COMPANY,

Defendant-Appellant.

## Judgment

ON APPEAL from the   United States District Court for the
                     District of Massachusetts

in CASE NO(S).       02-CV-11280

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**REVERSED IN PART AND AFFIRMED IN PART**

ENTERED BY ORDER OF THE COURT

DATED MAR 2 2 2010

Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** APR 2 8 2010

FILED
IN CLERKS OFFICE
2010 APR 30 P 1: 49
U.S. DISTRICT COURT
DISTRICT OF MASS.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 4/28/10